Affirmed and
Memorandum Opinion filed January 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01142-CR

____________

 

DYLAN JAMES LAUGHREY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 239th District Court

Brazoria County, Texas

Trial Court Cause No. 57,949

 

 

 



MEMORANDUM
OPINION

            Appellant was indicted for the offense of capital murder and
sentenced to confinement for life in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a timely notice of appeal.

            Appellant’s appointed counsel filed a brief in which he
concludes this appeal is wholly frivolous and without merit.  The brief meets the
requirements of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396
(1967), by presenting a professional evaluation of the record and demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807, 811–12 (Tex. Crim. App. 1978).

            A copy of counsel’s brief was delivered to appellant.  Appellant
was advised of the right to examine the appellate record and file a pro se
response. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App.
1991).  Appellant received a copy of the record on November 16, 2009.  As of
this date, more than thirty sixty days have elapsed since appellant received
the record, and no pro se response has been filed.

            We have carefully reviewed the record and counsel’s brief and
agree the appeal is wholly frivolous and without merit.  Further, we find no
reversible error in the record.  A discussion of the brief would add nothing to
the jurisprudence of the state.  We are not to address the merits of each claim
raised in an Anders brief or a pro se response when we have determined
there are no arguable grounds for review.  See Bledsoe v. State, 178
S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

            Accordingly, the judgment of the trial court is affirmed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish — Tex. R. App. P. 47.2(b).